1  William Green – SBN 129816
   DELFINO GREEN & GREEN
2  1010 B Street, Suite 320
   San Rafael, CA 94901
3  Telephone: (415) 442-4646
   Facsimile: (415) 442-4802
4

5  Attorneys for Plaintiff,
   MICHAEL MEYER
6
                       UNITED STATES DISTRICT COURT
7
                     NORTHERN DISTRICT OF CALIFORNIA
8

9

10 MICHAEL MEYER,                          Case No.: C 05-4720 PJH

11        Plaintiff,                       **JOINT REQUEST FOR
                                           CONTINUANCE OF CASE
12                                         MANAGEMENT CONFERENCE
                                           AND RELATED DATES; COURT
13        vs.                              ORDER RE SAME**

14 RELIASTAR LIFE INSURANCE
   COMPANY, NORTHWESTERN                   CMC Date:  March 23, 2006
15 NATIONAL LIFE INSURANCE COMPANY,        Time:      2:30 PM
   SUMMIT MEDICAL CENTER                   Location:  Courtroom 3- 17th Floor
16
          Defendants,                      Judge:  Hon. Phyllis J. Hamilton
17

18

19

20     Plaintiff, Michael Meyer, and Defendants, Reliastar Life Insurance Company,

21 Northwestern National Life Insurance Company and Summit Medical Center, hereby jointly

22 request a continuance of all dates set in the above-referenced matter so that the ongoing

23 settlement process can be completed.

24     The Complaint in this matter was filed on November 17, 2005, and served on Defendants

25 shortly thereafter. The case involves an ERISA long-term disability claim by Michael Meyer.

26     Within approximately two weeks of service, attorney Henry Wang of Manatt, Phelps &

27 Phillips contacted me and advised that he represents Defendants in the above-captioned matter.

28
                                            1

Mr. Wang requested and was granted several extensions of time to Answer in order to allow him to obtain his clients' file documents (the Administrative Record) relating to this matter. Following Mr. Wang's receipt and review of the Administrative Record, the parties began to discuss settlement of the claim. In fact, Mr. Meyer's demand for settlement is currently under review and consideration with Defendants.

Unfortunately, immediately following Mr. Meyer's settlement proposal, Mr. Wang became ill for several weeks. As a result, the parties have not been able to see the settlement negotiations through to conclusion. However, the parties anticipate bringing those discussions to conclusion (hopefully with a settlement) within the next 30 days.

In order to permit the parties to engage in such negotiations without the time and expense of filing responsive pleadings, CMC statements, and the like, the parties mutually request a continuance of the dates currently on the Court's calendar, including the dates for exchanges of information, for filing the joint CMC statement (March 16, 2006), and the CMC itself. The proposed revised dates are set forth in the Proposed Court Order below.

Dated: March 17, 2006                               DELFINO GREEN & GREEN

                                                    _____/s/_____
                                                    William Green
                                                    Attorney for Plaintiff

Dated: March 17, 2006                               MANATT, PHELPS & PHILLIPS

                                                    _____/s/_____
                                                    Henry Wang
                                                    Attorney for Defendants

/

2

## ORDER

Good cause appearing therefore, the Court hereby orders the following revised schedule:

| | |
|---|---|
| 04/06/2006 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan |
| 04/06/2006 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference |
| 04/20/2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report |
| 05/04/2006 | Case Management Conference in Courtroom 3, 17th Floor at 2:30 PM |

IT IS SO ORDERED

Dated: March __20__, 2006



PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton


# PROOF OF SERVICE

I, Elissa Ruiz, declare that:

I am employed in the County of San Rafael, State of California; I am over the age of eighteen years and not a party to the within cause; my business address is 1010 B Street, Suite 320, San Rafael, Ca 94901

On March 17, 2006, I served the following document(s):

**Joint Request for Continuance of Case Management Conference and Related Dates; Court Order Re Same**

in said cause, on the following interested parties:

Henry Wang, Esq.
MANATT, PHELPS & PHILLIPS
11355 Olympic Blvd.
Los Angeles, CA 90064

Said service was performed in the following manner:

[x] **BY U.S. POSTAL SERVICE (Mail):** I placed such document(s) in a sealed envelope addressed as noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Rafael, California, on this date.

[ ] **BY EXPRESS MAIL SERVICE (UPS or Federal Express):** I placed such document(s) in a sealed envelope addressed as noted above, for collection and mailing by express mail service at San Rafael, California, on this date.

[ ] **BY U.S. POSTAL SERVICE CERTIFIED (Mail):** I placed such document(s) in a sealed envelope addressed as noted above, with first-class mail postage and certified mail fees, plus the appropriate U.S. Certified Mail card thereon fully prepaid, for collection and mailing at San Rafael, California, on this date.

[ ] **BY PERSONAL SERVICE:** I hand delivered such envelope to the address[es] listed above on this date.

[x] **BY FACSIMILE and E-MAIL:** I transmitted said document(s) by a facsimile machine and e-mail to the parties at the number(s) indicated above on this date.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed March 17, 2006, at San Rafael, California.

*Elissa Ruiz*
Elissa Ruiz

Proof of Service