1  NICOLE A. DILLER, State Bar No. 154842
   DONALD P. SULLIVAN, State Bar No. 191080
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001

5  Attorneys for Defendant
   SUMMIT MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MEYER,<br><br>  Plaintiff,<br><br>  vs.<br><br>RELIASTAR LIFE INSURANCE COMPANY, NORTHWESTERN NATIONAL LIFE INSURANCE COMPANY, and SUMMIT MEDICAL CENTER,<br><br>  Defendants. | Case No. C 05-4720 PJH<br><br>**STIPULATION TO EXTEND DEFENDANT SUMMIT MEDICAL CENTER'S TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

WHEREAS, Defendant Summit Medical Center is a nominal party in this action because the employee benefit plan in this action is fully-insured by Defendant ReliaStar Life Insurance Company;

WHEREAS, Defendant Summit Medical Center has tendered the defense of this case and made an indemnity demand to Defendant ReliaStar Life Insurance Company;

WHEREAS, Defendant ReliaStar Life Insurance Company has not yet decided whether it will accept the defense of this matter and indemnify Defendant Summit Medical Center; and

WHEREAS, Defendant Summit Medical Center would like to avoid the cost of responding to Plaintiff Michael Meyer's Complaint until after Defendant ReliaStar decides

1 | whether or not it will accept the defense of and indemnify Defendant Summit Medical Center;

2 | WHEREAS, Defendant Summit Medical Center has not previously requested an extension

3 | of its time to respond to the Complaint; and

4 | WHEREAS, the requested extension of time will not require the modification of any

5 | deadlines previously set by the Court.

6 | NOW THEREFORE, FOR GOOD CAUSE SHOWN, PLAINTIFF AND DEFENDANT

7 | SUMMIT MEDICAL CENTER HEREBY STIPULATE and AGREE as follows:

8 | 1. Summit Medical Center's time to answer or otherwise respond to Plaintiff's initial

9 | complaint shall be extended to April 19, 2006.

**IT IS SO STIPULATED:**

Dated: April 3, 2006                         MORGAN, LEWIS & BOCKIUS LLP

                                             By:     /S/
                                                 Donald P. Sullivan
                                                 Attorneys for Defendant
                                                 SUMMIT MEDICAL CENTER

Dated: April 3, 2006                         DELFINO GREEN & GREEN

                                             By:     /S/
                                                 William Green
                                                 Attorneys for Plaintiff
                                                 MICHAEL MEYER

**IT IS SO ORDERED:**

Dated: 4/6/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton

1-SF/7352546.1

2

Stip. extending time to respond to complaint
(No. C-05-4720 PJH)