1  William Green – SBN 129816
   DELFINO GREEN & GREEN
2  1010 B Street, Suite 320
   San Rafael, CA 94901
3  Telephone: (415) 442-4646
   Facsimile: (415) 442-4802
4

5  Attorneys for Plaintiff,
   MICHAEL MEYER
6
                            UNITED STATES DISTRICT COURT
7
                            NORTHERN DISTRICT OF CALIFORNIA
8

9

10  MICHAEL MEYER,                                Case No.: C 05-4720 PJH

11         Plaintiff,                             **PLAINTIFF'S REQUEST FOR
                                                  ENTRY OF ORDER OF DISMISSAL
12                                                WITH PREJUDICE; ORDER OF
                                                  DISMISSAL WITH PREJUDICE**
13         vs.
                                                  **[F.R.C.P. 41(A)]**
14  RELIASTAR LIFE INSURANCE
    COMPANY, NORTHWESTERN
15  NATIONAL LIFE INSURANCE COMPANY,              **Judge:   Hon. Phyllis J. Hamilton**
    SUMMIT MEDICAL CENTER
16
           Defendants,
17

1

Plaintiff, Michael Meyer, hereby requests that the Court dismiss the above-captioned action with prejudice and in its entirety pursuant to Federal Rule of Civil Procedure 41(a).

Dated: June 14, 2006                              DELFINO GREEN & GREEN

                                                  _____/ s/ _____
                                                  William Green
                                                  Attorney for Plaintiff

### ORDER OF DISMISSAL

The Court hereby orders that the above-captioned action is hereby DISMISSED with prejudice and in its entirety pursuant to Federal Rule of Civil Procedure 41(a).

Dated: June 15, 2006                              _____
                                                  PHYLLIS J. HAMILTON
                                                  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

2

PLAINTIFF'S REQUEST FOR ENTRY OF ORDER OF DISMISSAL                    Case No. C054720
WITH PREJUDICE; ORDER OF DISMISSAL WITH PREJUDICE